# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DEMETRIUS J. GRANT,

               Appellant

        v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

               Appellee

:  No. 19 WAP 2023
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 2nd day of May, 2024, as Appellant failed to file a timely brief, this appeal is **QUASHED**. *See* Pa.R.A.P. 3305.